IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael S. Gorbey, ) | |
| ) | C/A No. 0:16-0248-JFA |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Warden Thomas, ) | |
| ) | |
| Respondent. ) | |

Petitioner, a federal prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process by paying the filing fee or submitting a properly completed motion to proceed *in forma pauperis*. (ECF No. 10.) Petitioner was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Petitioner did not respond to the Order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

Also, because this case is dismissed, Petitioner's Motion for Leave to Proceed *In Forma Pauperis* and Motion for a Hearing are terminated as moot. (ECF No. 2.)

**IT IS SO ORDERED**.

May 20, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
Senior United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth

under Rules 3 and 4 of the Federal Rules of Appellate Procedure.